ALK
F.# 2018R02045

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE:  UNSEALING AND SHARING
OF RECORDS

AFFIRMATION AND APPLICATION

26 MC 1996

- - - - - - - - - - - - - - - - - - - - - - - - - X

Anna L. Karamigios, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1.      I am an Assistant United States Attorney in the office of Joseph Nocella, Jr., United States Attorney for the Eastern District of New York.  I am a federal prosecutor assigned to the government's case against Frederick McCoy: United States v. Frederick McCoy, No. 18-CR-92 (WFK).  I make this Affirmation and Application, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, for an order to unseal as necessary and obtain documents from the Kings County District Attorney's Office ("KCDA") that were originated and are kept in files maintained by KCDA (including but not limited to any grand jury testimony, arrest records, 911 calls and medical records) relating to case number CR-017328-26KN ("the KCDA Case").

2.      The U.S. Probation Department in the Eastern District of New York has charged McCoy with violations of supervised release in United States v. Frederick McCoy, No. 18-CR-92 (WFK), based on McCoy's arrest in the KCDA Case.  Accordingly, files maintained by KCDA relating to the KCDA Case are believed to contain information relevant to the pending federal charges for violations of supervised release.

3.      I have been informed by KCDA that materials in its possession relating to the KCDA Case will not be disclosed without an unsealing and sharing order.

4.      Accordingly, I make this Affirmation for an order to unseal as necessary and share the records identified in paragraph 1, for the purpose of the federal prosecution of pending charges for violations of supervised release against Frederick McCoy.  This request is being made, inter alia, so that the United States Attorney's Office can produce any appropriate statements or evidence in this prosecution and comply with any legal obligations attendant to possessing this information.

WHEREFORE, it is respectfully requested that the Court grant this Application for an Order to unseal and obtain from KCDA the materials identified in paragraph 1.

<div style="margin-left: 50%;">

/s/
Anna L. Karamigios
Assistant U.S. Attorney
(718) 254-6225

</div>

Dated:   Brooklyn, New York
         May 12, 2026

ALK
F.# 2018R02045

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE:  UNSEALING AND
SHARING OF RECORDS

ORDER

26 MC 1996

- - - - - - - - - - - - - - - - - - - - - - - - X

Upon the annexed Affirmation and Application of the United States Attorney for the

Eastern District of New York, by Assistant United States Attorney Anna L. Karamigios, pursuant

to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued

to unseal as necessary and obtain documents from the Kings County District Attorney's Office

("KCDA") that were originated and are kept in the files maintained by the KCDA (including but

not limited to grand jury testimony, arrest records, 911 calls and medical records) relating to case

number CR-017328-26KN (against defendant Frederick McCoy), and to permit the United States

Attorney's Office to review those documents,

IT IS HEREBY ORDERED that documents, grand jury testimony, and all other materials

relating to the case identified herein in the possession of KCDA be unsealed to permit the United

States Attorney's Office to review the contents of those materials.

Dated: Brooklyn, New York
May_12__, 2026

_____
*Robert M. Levy*
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK